UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARA YOUSSIEM | : |
| v. | :   CASE NO. 3:03CV545 (AWT) |
| ING NORTH AMERICAN INSURANCE CORPORATION | : |

## JUDGMENT

Counsel of record having reported to the court on September 25, 2003, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to reopen the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 18th day of March, 2005.

KEVIN F. ROWE, Clerk


By:_____
      Sandra Smith
      Deputy Clerk

EOD _____